**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00624-LTB-MJW

JOHN BARNETT, a natural person and Colorado resident, and
BARNETT BICYCLE INSTITUTE, INC., a Colorado corporation,

    Plaintiffs,

v.

UNITED BICYCLE INSTITUTE, INC., an Oregon corporation,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Without Prejudice (Doc 13 - filed May 19, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED: May 20, 2008